**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KELLY GURTO ) | Case No. 7:13-cv-09234-KMK |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| vs. ) | |
| ) | |
| RECEIVABLES PERFORMANCE ) | |
| MANAGEMENT, LLC ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Southern District of New York, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Dated: May 21, 2014

    Respectfully Submitted,

    /s/ Joseph Panvini
    Joseph Panvini
    Thompson Consumer Law Group, PLLC
    5235 E. Southern Ave. D106-618
    Mesa, Arizona 85206
    Telephone: (602) 388 8875
    Facsimile: (866) 317 2674
    Email: jpanvini@consumerlawinfo.com
    Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

      I certify that on May 21, 2014, I electronically filed the foregoing document with the clerk of the U.S. District Court for the Southern District of New York using the electronic case filing system of the court, which will send notification of such filing to:

    Peter Cipparulo, III
    Law Offices of Peter Cipparulo, III, LLC
    349 Route 206, Suite K
    Hillsborough NJ 08844
    PeterCipparulo@cipplaw.com

By: s/ Christopher Bruner
    Christopher Bruner