UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

| | |
|---|---|
| KELLY GURTO | Case No. 7:13-cv-09234-KMK |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC | |
| Defendant. | |

**MEMO ENDORSED**

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Southern District of New York, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Dated: May 21, 2014

*The clerk is respectfully requested to close this case. So Ordered.*
*[signature] 5/23/14*

Respectfully Submitted,

/s/ Joseph Panvini
Joseph Panvini
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave. D106-618
Mesa, Arizona 85206
Telephone: (602) 388 8875
Facsimile: (866) 317 2674
Email: jpanvini@consumerlawinfo.com
Attorney for Plaintiff

1

## CERTIFICATE OF SERVICE

I certify that on May 21, 2014, I electronically filed the foregoing document with the clerk of the U.S. District Court for the Southern District of New York using the electronic case filing system of the court, which will send notification of such filing to:

Peter Cipparulo, III
Law Offices of Peter Cipparulo, III, LLC
349 Route 206, Suite K
Hillsborough NJ 08844
PeterCipparulo@cipplaw.com

By: s/ Christopher Bruner
    Christopher Bruner